# EXHIBIT B

| | |
|---|---|
| Attorney(s) | Davidoff Hutcher & Citron LLP |
| Index # | 653424/2018 |
| Purchased/Filed: | July 9, 2018 |
| State of New York | |
| Court: | Supreme |
| County: | New York |

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Noel Cintron

against

Trump Organization LLC aka Trump Corporation et al

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 55 Yrs.
Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White
Hair color: Brown  Other:

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on July 12, 2018, at 12:18 PM, at the office of the Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served Summons and Complaint with Notice of Electronic Filing, Confirmation and Notice of Assignment of Index No.

on

**Trump Organization LLC aka Trump Corporation**

the Defendant in this action, by delivering to and leaving with Sue Zouky AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

12th day of July 2018

FAITH COZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Robert Guyette

Invoice·Work Order # 1820382
Attorney File # Cintron

Attorney(s): **Davidoff Hutcher & Citron LLP**
Index #: **653424/2018**
Purchased/Filed: July 9, 2018
State of New York
Court: Supreme
County: New York

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Noel Cintron

against

Trump Organization LLC aka Trump Corporation et al

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 55 Yrs.
Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Brown   Other:

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on July 12, 2018, at 12:18 PM, at the office of the Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served Summons and Complaint with Notice of Electronic Filing, Confirmation and Notice of Assignment of Index No.

on

**Trump Tower Commercial LLC**

the Defendant in this action, by delivering to and leaving with Sue Zouky AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

12th day of July 2018

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Robert Guyette
Invoice·Work Order # 1820384
Attorney File # Cintron