**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NOEL CINTRON,<br><br>            *Plaintiff*,<br><br>     v.<br><br>TRUMP ORGANIZATION LLC a/k/a TRUMP CORPORATION and TRUMP TOWER COMMERCIAL LLC,<br><br>            *Defendants*. | Case No. 1:18-cv-6921<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendants Trump Organization LLC and Trump Tower Commercial LLC ("Defendants") hereby state that Defendants are nongovernmental corporate parties, there are no corporate parents of Defendants, and no publicly held corporations own more than 10% of either Defendant's equity or stock.

Dated:  August 1, 2018
       New York, New York

Respectfully submitted,

SEYFARTH SHAW LLP

By:   /s/ Howard M. Wexler
     Howard M. Wexler
     hwexler@seyfarth.com
     620 Eighth Avenue
     New York, New York 10018
     Telephone:  (212) 218-5500
     Facsimile:  (212) 218-5526

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, Howard M. Wexler, hereby certify that on August 1, 2018, I electronically filed the foregoing **7.1 CORPORATE DISCLOSURE STATEMENT**, with the Clerk of the Court via the Court's CM/ECF system, and served a true and correct copy of the foregoing document via Federal Express, priority overnight, upon counsel for Plaintiff at the following address of record:

>Larry Hutcher, Esq.
>Josh Krakowsky, Esq.
>Davidoff Hutcher & Citron LLP
>605 Third Avenue, 34th Floor
>New York, NY 10158
>
>*Attorneys for Plaintiff*

*/s/ Howard M. Wexler*
Howard M. Wexler