UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NOEL CINTRON,                               Case No. 1:18-cv-6921 (PAE)

              Plaintiff,

    -against-                               **NOTICE OF APPEARANCE**

TRUMP ORGANIZATION LLC a/k/a
TRUMP CORPORATION and TRUMP
TOWER COMMERCIAL LLC,

              Defendants.
-----------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the undersigned, a partner in the firm of Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, New York, 10158 hereby appears as counsel for plaintiff, NOEL CINTRON and respectfully requests that all papers be forwarded to the undersigned at the address set forth below.

Dated: New York, New York
       August 6, 2018

                                           DAVIDOFF HUTCHER & CITRON LLP,

                                           Larry Hutcher
                                           lkh@dhclegal.com
                                           605 Third Avenue, 34th Floor
                                           New York, New York 10158
                                           (212) 557-7200
                                           Fax (212) 286-1884
                                           *Attorneys for Plaintiff*

TO:    Howard M. Wexler
         hwexler@seyfarth.com
         SEYFARTH SHAW LLP
         620 Eighth Avenue
         New York, New York 10018
         (212) 218-5500
         Fax (212) 218-5526
         *Attorneys for Defendants*

624215v.1