Davidoff Hutcher & Citron LLP
Larry Hutcher
Joshua Krakowsky
Attorneys for Plaintiff
605 Third Avenue
34th Floor
New York, New York 10158
(212) 557-7200
lkh@dhclegal.com
jsk@dhclegal.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                            :

NOEL CINTRON,                                 :        Case No. 1:18-cv-06921-PAE

                              Plaintiff,      :

                                                :        **NOTICE OF**
               - against -                    :        **VOLUNTARY DISMISSAL**

TRUMP ORGANIZATION LLC a/k/a TRUMP  :
CORPORATION and TRUMP TOWER            :
COMMERCIAL LLC,                              :

                              DefendantS.  :
---------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that plaintiff Noel Cintron hereby voluntarily dismisses and withdraws his complaint herein against defendants Trump Organization LLC a/k/a Trump Corporation and Trump Tower Commercial LLC (collectively, the "Defendants") without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**[The rest of this page is intentionally blank]**

00393571

Dated: New York, New York
August 30, 2018

                DAVIDOFF HUTCHER & CITRON LLP

                By: /s/ *Joshua Krakowsky*
                   Larry Hutcher
                   lkh@dmlegal.com
                   Joshua Krakowsky
                   jsk@dmlegal.com
                *Attorneys for Plaintiff*
                605 Third Avenue
                New York, New York 10158
                (212) 557-7200

TO:

Howard M. Wexler
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
hwexler@seyfarth.com
*Attorneys for Defendants*

00393571