Davidoff Hutcher & Citron LLP
Larry Hutcher
Joshua Krakowsky
Attorneys for Plaintiff
605 Third Avenue
34th Floor
New York, New York 10158
(212) 557-7200
lkh@dhclegal.com
jsk@dhclegal.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NOEL CINTRON,                                  :     Case No. 1:18-cv-06921-PAE
                                               :
                              Plaintiff,       :
                                               :     **NOTICE OF**
        - against -                            :     **VOLUNTARY DISMISSAL**
                                               :
TRUMP ORGANIZATION LLC a/k/a TRUMP             :
CORPORATION and TRUMP TOWER                    :
COMMERCIAL LLC,                                :
                                               :
                              DefendantS.      :
-------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that plaintiff Noel Cintron hereby voluntarily dismisses and withdraws his complaint herein against defendants Trump Organization LLC a/k/a Trump Corporation and Trump Tower Commercial LLC (collectively, the "Defendants") without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**[The rest of this page is intentionally blank]**

00393571

Dated: New York, New York
      August 30, 2018

DAVIDOFF HUTCHER & CITRON LLP

By:   /s/ *Joshua Krakowsky*

      Larry Hutcher
      lkh@dmlegal.com
      Joshua Krakowsky
      jsk@dmlegal.com
      *Attorneys for Plaintiff*
      605 Third Avenue
      New York, New York 10158
      (212) 557-7200

TO:

Howard M. Wexler
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
hwexler@seyfarth.com
*Attorneys for Defendants*

8/30/18

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

2

00393571